

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475

Signed and Filed: August 16, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**In re:**

STEVEN ANTHONY AZZOLINO

Debtor(s)

Case No.: 20-30501 DM

Chapter 13

## ORDER OF DISMISSAL

Per the Stipulation re: Trustee's Motion to Dismiss Case Post-Confirmation, filed on July 13, 2021 Debtor was to pay $1,010.00 or file a motion to modify on or before August 5, 2021. Debtor's failure to comply with the stipulation could result in the Debtor's case being dismissed.

Debtor did not comply with this stipulation. A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtor's Failure to Comply with Stipulation re: Trustee's Motion to Dismiss Case Post-Confirmation was filed on August 12, 2021.

Upon consideration of the Trustee's Motion to Dismiss and the Stipulation entered into by the parties, and proof having been given to the satisfaction of the Court that said motion and hearing thereon was duly served upon the Debtor and Debtor's counsel, and the allegations of the Trustee's motion having been found to be true; and good cause appearing:

IT IS NOW ORDERED that the Debtor's proceedings herein be dismissed, and that any restraining orders heretofore entered in these proceedings are vacated. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the Court.

**\*END OF ORDER\*\***

**COURT SERVICE LIST**

STEVEN ANTHONY AZZOLINO

2317 BEACH BLVD #302

PACIFICA, CA 94044